IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:14-cv-01350

A.A., a minor, by and through, ALAINA MARY ADAMS, her mother and next friend

    Plaintiff,

v.

UNITED STATES OF AMERICA by and through EVANS ARMY COMMUNITY HOSPITAL

    Defendants.

_____

### ORDER RE: UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

This matter arises on the Plaintiff's Unopposed Motion to Modify Scheduling Order.

IT IS ORDERED that the Motion is GRANTED to modify the Scheduling Order with the following deadlines:

    a. Plaintiff will disclose expert witnesses no later than August 4, 2015;

    b. Defendant will disclosure expert witnesses no later than September 15, 2015; and,

    c. Plaintiff will disclose any rebuttal expert witnesses no later than twenty days after Defendant discloses expert witnesses September 28, 2015.

Dated: June 5, 2015.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge