IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01350-RPM

A.A., a minor, by and through ALAINA MARY ADAMS, her mother and next friend,

    Plaintiff,

v.

UNITED STATES OF AMERICA by and though EVANS ARMY COMMUNITY HOSPITAL,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

Pursuant to the stipulation for dismissal without prejudice [28] it is

ORDERED that this action is dismissed without prejudice, each part to bear their own fees and costs.

DATED:   August 5th, 2015

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge